# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **SANDY NELSON AND JACK MEDFORD AS CO-TRUSTEES OF THE PATRICIA CLARKE 2010 LIVING TRUST,** | **Civil Action No. 4:21-cv-805** |
| **PLAINTIFFS,** | |
| **VS.** | **JURY TRIAL** |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** | |
| **DEFENDANT.** | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice of all claims.  The Notice of Dismissal Without Prejudice is accepted by the Court.

It is, therefore, **ORDERED** that this case is dismissed without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 SIGNED this 10th day of January, 2022.


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE